# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:09-cr-325 FCD
     )
DONALD TAYLOR

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **Donald TAYLOR**

Detained at (custodian): **Sacramento County Jail**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
    Charging Detainee With: **Conspiracy and Bank Fraud**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary before the Honorable Judge Frank C. Damrell on November 15, 2010 at 10:00 a.m. in the Eastern District of California.*

Signature: /s/ Matthew D. Segal
Printed Name & Phone No: **Matthew D. Segal, phone number: 916-554-2700**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *November 15, 2010 at 10:00 a.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

November 10, 2010
Date      FRANK C. DAMRELL U.S. District Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 09517140 or X-1847500 | DOB: | 12/30/1970 |
| Facility Address: | Sacramento County Main Jail | Race: | |
| | 651 "I" Street, Sacramento | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                   (Signature)

Form Crim-48          Revised 11/19/97